Alva Bliss
1211 SW Marie Dr
McMinnville, OR 97128
Tadrok@gmail.com
503-805-1939
Name, Address, E-mail, & Phone

FILED 25 JUL '16 10:59 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Criminal Productions, Inc.
Plaintiff(s),

v.

Doe - 71.236.178
Defendant(s).

Case No.: 3:16-cv-01082

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Alva Bliss, move for the appointment of pro bono counsel.

To support this motion, I declare under penalty of perjury that (check one):

☐ I have been granted, or have applied for, permission to proceed *in forma pauperis*.

☒ I have attached an affidavit demonstrating my inability to pay the cost of an attorney.

I have made the following diligent efforts to obtain legal counsel but have been unsuccessful because of my poverty (describe below): Contacted various agencies for legal support or discounts as well as law firms.

I need appointed counsel to assist me because (describe below):
I am not able to afford an attorney.

_____
Signature

_7/5/16_____
Date

Alva J Bliss III
Printed Name

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?** ☐ Yes ☒ No

   If you answered yes, where are you are incarcerated? _____

2. **Are you currently employed?** ☒ Yes ☐ No

   **If you are employed:**

   List your employer's name: _Self_

   List your employer's address: _121 SW Marie Dr_
   _McMinnville OR 97128_

   Amount of take-home pay: $ _750_ per _Month_ (hour, day, week, month)

   **If you are not employed:**

   Name your last employer: _____

   Last employer's address: _____

   Date of last employment: _____

   Amount of take-home pay: $_____ per _____ (hour, day, week, month)

3. **Is your spouse or significant-other employed?** ☒ Yes ☐ No ☐ Not Applicable

   Name of employer: _McMinnville School District_

   Employer's address: _1500 SE Baker_
   _McMinnville OR 97128_

   Date of last employment: _Current_

   Amount of take-home pay: $ _1262.48_ per _Month_ (hour, day, week, month)

4. Have you received money from any of the following sources in the last 12 months?

   - **Business, professions, or other self-employment:**

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____

     ☒ No

   - **Rent payments, interest, or dividends:**

     ☐ Yes  Amount Received: $_____  Amount expected in future: $_____

     ☒ No

- **Pensions, annuities, or life insurance payments:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

- **Disability or workers compensation payments:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

- **Gifts or inheritances:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

- **Any other sources:**
  - ☐ Yes    Amount Received: $_____    Amount expected in future: $_____
  - ☒ No

5. Do you have cash or savings accounts, including prison trust accounts?
   - ☐ Yes    Total amount: $_____
   - ☒ No

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?   ☒ Yes (describe below) ☐ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
| 2003 Toyota Corolla | 4 Door Sedan | $1,200.— |
| 1998 Mrc Villager | Mini Van | $1,000.— |
| 1997 Fleetwood | Mfr Home | $42,000.— |
|  |  |  |
|  |  |  |

7. Do you have any other assets?   ☐ Yes (describe below)  ☒ No

| Type of Asset | Brief Description | Estimated Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8. Do you have monthly expenses, including housing, transportation, utility, judgments, loan payments, or other regular expenses? ☒ Yes (describe below) ☐ No

| Expense Description | Estimated Monthly Payment |
|---|---|
| House Pmt | $385.00 |
| Space Rent | $400.00 |
| Water/Sewer/Elec | $300.00 |
| Car/Home Insurance | $78.00 |
| Student Loans | $100.00 |

9. List the persons (or, if under 18, initials only) who are dependent on you for support:

| Name or Minor's Initials | Relationship (Spouse, child, parent, etc.) | Amount of Monthly Support Your Provide |
|---|---|---|
| Lisa Bliss | Spouse | 50% |
| SB | Child | |
| CB | | |
| SB | | |
| OB | ↓ | ↓ |
| | | |
| | | |
| | | |

10. Do you have any debts or financial obligations? ☒ Yes (describe below) ☐ No

Various collection accounts @ approx $4,000 - $6,000

_____    7/14/16
Signature                            Date

Alva J Bliss III
Printed Name